UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Joseph Amato,

Debtor.

Case No.: ___19-21980-JNP___

Chapter: ___13___

Hearing Date: ___6/9/2020___

Judge: ___Poslusny___

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled      ☐ Withdrawn

Matter: Motion for Relief from Stay (Docket # 24)

_____

Date: 6/4/2020                              /s/ Denise Carlon
                                            Signature

*rev.8/1/15*