UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666
888.762.9889
bk@atlasacq.com

In Re:
Joseph C Amato

Case No.: 19-21980
Chapter: 13
Judge: Judge Poslusny

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Atlas Acquisitions LLC
(Example: John Smith, creditor)

Old address: 294 Union St.
Hackensack, NJ 07601

New address: 492C Cedar Lane, Ste 442
Teaneck, NJ 07666

New phone no.: 888.762.9889
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: October 26, 2020          /s/Avi Schild
                                 Signature

*rev.2/1/16*