Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 19-21980 (JNP)**

Joseph C. Amato  
215 Hobart Drive  
Laurel Springs, NJ  08021

Monthly Payment: $625.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/2021 | $625.00 | 02/08/2021 | $625.00 | 03/08/2021 | $625.00 | 04/12/2021 | $625.00 |
| 05/10/2021 | $625.00 | 06/07/2021 | $625.00 | 07/12/2021 | $625.00 | 08/10/2021 | $625.00 |
| 09/07/2021 | $625.00 | 10/13/2021 | $625.00 | 11/09/2021 | $625.00 | 12/06/2021 | $625.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JOSEPH C. AMATO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | REX J. ROLDAN, ESQUIRE | 13 | $3,960.00 | $3,960.00 | $0.00 | $3,960.00 |
| 1 | ADVANCED DERMATOLOGY, PC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ADVOCARE GARDEN STATE PEDIATRIC & | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ADVOCARE LERCH & AMATO PEDIATRICS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ADVOCARE NEUROLOGY OF SJ | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | ADVOCARE PEDIATRIC PHYSICIANS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | AMERIHEALTH NEW JERSEY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | AQUA NEW JERSEY, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | ASSET ACCEPTANCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $1,359.29 | $0.00 | $1,359.29 | $0.00 |
| 10 | ATLANTIC CREDIT & FINANCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CAINE & WEINER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | SCOLOPAX, LLC | 33 | $2,626.85 | $0.00 | $2,626.85 | $0.00 |
| 15 | CAVALRY SPV I, LLC | 33 | $545.50 | $0.00 | $545.50 | $0.00 |
| 16 | CHEX SYSTEMS, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | CHILDREN'S HOSPITAL OF PHILADELPHIA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | COMCAST | 33 | $485.30 | $0.00 | $485.30 | $0.00 |
| 19 | CREDIT ACCEPTANCE CORPORATION | 24 | $53.08 | $18.47 | $34.61 | $4.55 |
| 20 | CREDIT COLLECTION SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | LVNV FUNDING, LLC | 33 | $1,116.47 | $0.00 | $1,116.47 | $0.00 |
| 22 | FCBS, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | FALONI & ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | FEIN, SUCH, KAHN & SHEPARD, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | PREMIER BANKCARD, LLC | 33 | $544.10 | $0.00 | $544.10 | $0.00 |
| 26 | MIDFIRST BANK | 24 | $25,471.64 | $8,878.31 | $16,593.33 | $2,182.46 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | GB COLLECTS, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | GLOUCESTER TOWNSHIP | 24 | $140.11 | $48.96 | $91.15 | $12.21 |
| 29 | HAMPTON HOSPITAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | I.C. SYSTEM, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | JPTP LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | KENNEDY HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | LVNV FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | LABCORP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | LOURDES EMERGENCY ROOM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | MEDEMERGE PA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | MERRICK BANK | 33 | $813.22 | $0.00 | $813.22 | $0.00 |
| 38 | METLIFE HOME LOANS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | MIDLAND FUNDING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | KHEAA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | PROGRESSIVE INSURANCE COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | QUEST DIAGNOSTICS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | RJM ACQUISITIONS, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | CAMDEN COUNTY MUA | 24 | $469.75 | $163.74 | $306.01 | $40.26 |
| 46 | REMEX, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | RETRIEVAL-MASTERS CREDITORS BUREAU, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | ROBIN MILLER, ESTATE OF ROBERT GENNETT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | SECURITY CREDIT SERVICES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | SNAP-ON CREDIT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51 | SOUTH JERSEY GAS COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | SOUTH JERSEY RADIOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53 | SOUTHWEST CREDIT SYSTEMS, LP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 54 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 55 | ATLAS ACQUISITIONS, LLC | 33 | $1,530.00 | $0.00 | $1,530.00 | $0.00 |
| 56 | TOWNSHIP OF GLOUCESTER | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 57 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 58 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 59 | VERIZON BY AMERICAN INFOSOURCE | 33 | $71.26 | $0.00 | $71.26 | $0.00 |
| 60 | VIRTUA MEDICAL GROUP PA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 61 | WELLS FARGO BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 62 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 63 | REX J. ROLDAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 64 | SOUTH JERSEY RADIOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 65 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $251.00 | $0.00 | $251.00 | $0.00 |
| 66 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $905.46 | $0.00 | $905.46 | $0.00 |
| 67 | MIDFIRST BANK | 13 | $531.00 | $531.00 | $0.00 | $531.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2019 | 13.00 | $0.00 |
| 08/01/2020 | Paid to Date | $6,058.00 |
| 09/01/2020 | 46.00 | $625.00 |
| 07/01/2024 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 3 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 19-21980 (JNP)**

| | |
|---|---|
| Total payments received this period: | $7,500.00 |
| Total paid to creditors this period: | $6,730.48 |
| Undistributed Funds on Hand: | $572.51 |
| Arrearages: | $625.00 |
| Attorney: | REX J. ROLDAN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**