**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Joseph C. Amato<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5333<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–21980–JNP | |

# Order of Discharge                                                                                     12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Joseph C. Amato

9/9/24                                                              **By the court:** Jerrold N. Poslusny Jr.
                                                                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-21980-JNP |
| Joseph C. Amato | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 09, 2024 | Form ID: 3180W | Total Noticed: 82 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph C. Amato, 215 Hobart Drive, Laurel Springs, NJ 08021-4938 |
| 518304271 | | Advanced Dermatology, PC, 570 Egg Harbor Road, Ste C-1, Sewell, NJ 08080-2359 |
| 518304272 | | Advocare Garden State Pediatric &, Adolescent Medicine, 2133 NJ 33, Hamilton, NJ 08690 |
| 518304273 | + | Advocare Lerch & Amato Pediatrics, 63 North Lakeview Drive, Suite 202, Gibbsboro, NJ 08026-1026 |
| 518304274 | | Advocare Neurology of SJ, PO Box 3001 d52, Voorhees, NJ 08043-0598 |
| 518304275 | + | Advocare Pediatric Physicians, of Burlington County, 693 Main Street, Building D, PO Box 367, Lumberton, NJ 08048-0367 |
| 518304276 | + | Amerihealth New Jersey, 259 Prospect Plains Road, Cranbury, NJ 08512-3706 |
| 518304277 | | Aqua New Jersey, Inc., 762 W Lancaster Avenue, Bryn Mawr, PA 19010-3489 |
| 518421260 | + | CAMDEN COUNTY MUA, 1645 FERRY AVE., CAMDEN NJ 08104-1311 |
| 518304287 | + | Children's Hospital of Philadelphia, PB Chop, 3401 Civic Center Boulevard, Philadelphia, PA 19104-4319 |
| 518304293 | + | FCBS, Inc., 330 S. Warminster Road, Suite 353, Hatboro, PA 19040-3433 |
| 518304292 | + | Faloni & Associates, LLC, 165 Passaic Avenue, Suite 301B, Fairfield, NJ 07004-3592 |
| 518304294 | + | Flagstar Bank, FSB, as servicer, Fein, Such, Kahn & Shepard, PC, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| 518304299 | | Hampton Hospital, PO Box 7000, Rancocas, NJ 08073-7000 |
| 518304301 | + | JPTP LLC, c/o Bernard J. O'Connor, Esquire, 189 N. Franklin Turnpike, Ramsey, NJ 07446-1628 |
| 518304302 | | Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823 |
| 518304304 | + | Lourdes Emergency Room, Professional Service Fund, 200 Trenton Road, Browns Mills, NJ 08015-1705 |
| 518304306 | + | Medemerge PA, PO Box 890, Green Brook, NJ 08812-0890 |
| 518304308 | + | MetLife Home Loans, PO Box 8000, Johnstown, PA 15907-8000 |
| 518304310 | | Nelnet, PO Box 82581, Lincoln, NE 68501-2561 |
| 518342404 | + | Nelnet on behalf of NJHESAA, NJ Higher Ed Student Assist Authority, 4 Quakerbridge Plaza, PO Box 548, Trenton, NJ 08625-0548 |
| 518304317 | | RJM Acquisitions, LLC, 575 Underhill Blvd Ste 224, Syosset, NY 11791-3416 |
| 518304314 | | Regional Sewer Service Invoice, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 518304316 | + | Retrieval-Masters Creditors Bureau, Inc., 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 518304318 | + | Robin Miller, Estate of Robert Gennett, Capehart & Scatchard PA, PO Box 5016, 8000 Midlantic Drive, Suite 300, Mount Laurel, NJ 08054-1549 |
| 518304319 | | Security Credit Services, LLC, 2653 W Oxford Loop Ste 108, Oxford, MS 38655-2929 |
| 518304323 | + | Southwest Credit Systems, LP, 4210 International Pkwy, Suite 1100, Carrollton, TX 75007-1912 |
| 518304325 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, Tempoe, LLC, 1750 Elm Street, #1200, Manchester, NH 03104 |
| 518304326 | + | Township of Gloucester, 1261 Chews Landing-Clementon Rd, PO Box 8, Blackwood, NJ 08012-0008 |
| 518304329 | | Virtua Medical Group PA, PO Box 6028, Bellmawr, NJ 08099-6028 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 09 2024 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 09 2024 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518377405 | | EDI: ATLASACQU | Sep 10 2024 00:20:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste. |

Case 19-21980-JNP    Doc 53    Filed 09/11/24    Entered 09/12/24 00:13:28    Desc Imaged
                                Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 09, 2024 | Form ID: 3180W | Total Noticed: 82 |

| | | | | |
|---|---|---|---|---|
| | | | | 442, Teaneck, NJ 07666 |
| 518304278 | | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Sep 09 2024 20:33:00 | Asset Acceptance, PO Box 2036, Warren, MI 48090-2036 |
| 518304279 | | Email/Text: bankruptcy@pepcoholdings.com | Sep 09 2024 20:33:00 | Atlantic City Electric, Bankruptcy Division, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 518304280 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 09 2024 20:33:00 | Atlantic Credit & Finance, PO Box 13386, Roanoke, VA 24033-3386 |
| 518304281 | + | EDI: BANKAMER | Sep 10 2024 00:20:00 | Bank of America, PO Box 15284, Wilmington, DE 19850-5284 |
| 518304282 | | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 09 2024 20:33:35 | Caine & Weiner, 5805 Sepulveda Boulevard, 4th Floor, Sherman Oaks, CA 91411 |
| 518314084 | + | EDI: COMCASTCBLCENT | Sep 10 2024 00:20:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518304289 | | Email/Text: ebnnotifications@creditacceptance.com | Sep 09 2024 20:32:00 | Credit Acceptance Corporation, Silver Triangle Building, 25505 West Twelve Mile Road, Southfield, MI 48034-8339 |
| 518304283 | | EDI: CAPITALONE.COM | Sep 10 2024 00:20:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518304284 | | EDI: TSYS2 | Sep 10 2024 00:20:00 | Card Services, PO Box 8802, Wilmington, DE 19899-8802 |
| 518304285 | + | Email/Text: bankruptcy@cavps.com | Sep 09 2024 20:34:00 | Cavalry SPV I, LLC, 500 Summit Lake Dr Ste 400, Valhalla, NY 10595-2321 |
| 518304286 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Sep 09 2024 20:34:00 | Chex Systems, Inc., ATTN: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 518304288 | + | EDI: COMCASTCBLCENT | Sep 10 2024 00:20:00 | Comcast, 1 Comcast Ctr, Philadelphia, PA 19103-2899 |
| 518304290 | + | EDI: CCS.COM | Sep 10 2024 00:20:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 518304291 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 09 2024 20:48:09 | Credit One Bank, NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518423884 | | Email/Text: cashiering-administrationservices@flagstar.com | Sep 09 2024 20:34:00 | FLAGSTAR BANK, FSB, 5151 CORPORATE DR, TROY, MI 48098-2639 |
| 518456497 | | Email/Text: cashiering-administrationservices@flagstar.com | Sep 09 2024 20:34:00 | FLAGSTAR BANK, FSB, MAIL STOP S-142-3, 5151 CORPORATE DR,, TROY, MI 48098-2639 |
| 518304295 | | EDI: AMINFOFP.COM | Sep 10 2024 00:20:00 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 518304296 | | Email/Text: cashiering-administrationservices@flagstar.com | Sep 09 2024 20:34:00 | Flagstar Bank, E115-3, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 518304297 | | Email/Text: bankruptcy@gbcollects.com | Sep 09 2024 20:33:00 | GB Collects, LLC, 1253 Haddonfield Berlin Road, Voorhees, NJ 08043-4847 |
| 518304298 | + | Email/Text: tlynch@gtmua.com | Sep 09 2024 20:34:00 | Gloucester Township MUA, PO Box 216, Glendora, NJ 08029-0216 |
| 518956966 | + | Email/Text: tlynch@gtmua.com | Sep 09 2024 20:34:00 | Gloucester Township Municipal Utilities Authority, PO Box 216, Glendora NJ 08029-0216 |
| 518304300 | | EDI: LCIICSYSTEM | Sep 10 2024 00:20:00 | I.C. System, Inc., 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 518923550 | | Email/Text: legaldivision@kheaa.com | Sep 09 2024 20:33:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518923551 | | Email/Text: legaldivision@kheaa.com | Sep 09 2024 20:33:00 | KHEAA, P.O. BOX 798, FRANKFORT KY |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518304303 | | Email/Text: govtaudits@labcorp.com | Sep 09 2024 20:33:00 | LabCorp, PO Box 2240, Burlington, NC 27216-2240 |
| 518322344 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2024 20:48:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518304305 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2024 20:47:43 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 518330917 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 09 2024 20:48:42 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518304307 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 09 2024 20:59:28 | Merrick Bank, PO Box 9211, Old Bethpage, NY 11804-9011 |
| 518714091 | + | EDI: AISMIDFIRST | Sep 10 2024 00:20:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 518714090 | + | EDI: AISMIDFIRST | Sep 10 2024 00:20:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518304309 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 09 2024 20:33:00 | Midland Funding, LLC, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 518304311 | | EDI: PRA.COM | Sep 10 2024 00:20:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518421308 | | EDI: PRA.COM | Sep 10 2024 00:20:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 518426328 | | EDI: PRA.COM | Sep 10 2024 00:20:00 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 518377187 | + | EDI: JEFFERSONCAP.COM | Sep 10 2024 00:20:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518304312 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Sep 09 2024 20:33:00 | Progressive Insurance Company, 6300 Wilson Mills Rd, Cleveland, OH 44143-2182 |
| 518304313 | | Email/Text: BankruptcyMail@questdiagnostics.com | Sep 09 2024 20:34:00 | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 518304315 | | Email/Text: clientservices@remexinc.com | Sep 09 2024 20:33:00 | Remex, Inc., 307 Wall St, Princeton, NJ 08540-1515 |
| 518304320 | | Email/Text: legalservices12@snaponcredit.com | Sep 09 2024 20:33:00 | Snap-On Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 518428154 | + | Email/Text: bncmail@w-legal.com | Sep 09 2024 20:33:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518304321 | | Email/Text: bankruptcynotice@sjindustries.com | Sep 09 2024 20:33:00 | South Jersey Gas Company, Customer Care Center, PO Box 577, Hammonton, NJ 08037-0577 |
| 518304322 | ^ | MEBN | Sep 09 2024 20:31:31 | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 518304324 | | EDI: SYNC | Sep 10 2024 00:20:00 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 518305220 | ^ | MEBN | Sep 09 2024 20:34:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518304327 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 09 2024 20:48:32 | US Dept of Housing & Urban Development, 451 7th Street SW, Washington, DC 20410-0002 |
| 518401380 | + | EDI: AIS.COM | Sep 10 2024 00:20:00 | Verizon, by American InfoSource as agent, 4515 |

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 09, 2024 | Form ID: 3180W | Total Noticed: 82 |

| | | | | |
|---|---|---|---|---|
| 518304328 | + EDI: VERIZONCOMB.COM | Sep 10 2024 00:20:00 | | N Santa Fe Ave, Oklahoma City, OK 73118-7901 Verizon, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 518304330 | + EDI: WFFC2 | Sep 10 2024 00:20:00 | | Wells Fargo Bank, N.A., ATTN: Bankruptcy Department, MAC# D3347-014, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |

TOTAL: 52

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518379937 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste. 442, Teaneck, NJ 07666 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| R. A. Lebron | on behalf of Creditor FLAGSTAR BANK  FSB, as servicer for PINGORA LOAN SERVICING, LLC bankruptcy@fskslaw.com |
| Rex J. Roldan | on behalf of Debtor Joseph C. Amato roldanlaw@comcast.net  roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7